IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23323-CIV-KING/BANDSTRA

RALPH TORNES,                          )
                                       )
Plaintiff,                             )
                                       )
v.                                     )
                                       )
BANK OF AMERICA, N.A.,                 )
                                       )
Defendant.                             )
_____)

## BANK OF AMERICA'S MOTION TO STAY

Defendant BANK OF AMERICA, N.A. ( "Bank of America") will, and hereby does, move the Court for an order staying all proceedings in the instant action until after a ruling is issued by the Superior Court of California, County of San Francisco (the "state court"), on the final approval of the nationwide class action settlement in the case of *Closson v. Bank of America N.A.*, Case No. CGC-04-436877 ("*Closson*").

Bank of America asks that this Court abstain from exercising its jurisdiction over this matter pursuant to *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800, 96 S. Ct. 1236, 47 L. Ed. 2d 483 (1976), and its progeny, in deference to the first-filed, concurrent state court proceedings in *Closson*, on the grounds that the nationwide class action settlement in *Closson*, which has already been preliminarily approved by the state court, will have the effect of resolving and releasing all or most of the purported claims asserted in this action on behalf of the Plaintiff and members of the putative class; and that, therefore, further proceedings in this action

will be moot or drastically reduced in scope, once the *Closson* settlement is finally approved and becomes effective. The Fairness (final approval) Hearing in *Closson* is presently scheduled for June 16, 2009, in the state court.

Alternatively, based upon the same considerations, Bank of America asks that this Court abstain from exercising its jurisdiction over this matter pursuant to the Court's inherent power to manage its docket and for reasons of judicial efficiency and economy and out of fairness to the parties, under *Landis v. North American Co.*, 299 U.S. 248, 57 S. Ct. 163, 81 L. Ed. 153 (1936).

This Motion is based upon the Memorandum of Points and Authorities, the Declaration of Laurence Hutt, and the Request for Judicial Notice, and their respective exhibits, each of which is filed concurrently herewith; upon all of the pleadings and papers on file in this action; and upon such oral argument, and other matters as may be presented to the Court in connection with this motion at or before the time of the hearing.

DATED: March 10, 2009.

Respectfully submitted,

By: s/ J. Randolph Liebler
J. RANDOLPH LIEBLER
Florida Bar No. 507954
Jrl@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO, P.A.**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400
Attorneys for Defendant

- 3 -

>By: s/ Laurence J. Hutt
>LAURENCE J. HUTT
>California Bar No. 066269
>Laurence.hutt@aporter.com
>**ARNOLD & PORTER LLP**
>777 S Figueroa Street
>44th Floor
>Los Angeles, CA 90017-5844
>213-243-4100

### Certificate of Service

I HEREBY CERTIFY that on this 10th day of March, 2009, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

>s/ J. Randolph Liebler
>J. RANDOLPH LIEBLER